FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| L. F., a minor, by and through his parents, M. F. and E. F.,<br>Plaintiff,<br>v.<br>WENATCHEE SCHOOL DISTRICT, dba Wenatchee Public Schools,<br>Defendants. | No. 2:25-CV-00490-SAB<br><br>**ORDER GRANTING LEAVE TO AMEND** |

Before the Court is the parties' Stipulated Motion to Permit Plaintiffs to Amend Opening Brief, Strike Supporting Declarations, and Defer Briefing on Plaintiff's Entitlement to Attorney Fees, ECF No. 28. Plaintiffs are represented by Lara R. Hruska, Sydney A. Bay, and Ryan P. Ford. Defendant is represented by Sarah C. Johnson and Susan Winkelman.

The parties stipulate and request the Court grant Plaintiffs leave to amend their opening brief, agreeing that the question of Plaintiffs' entitlement to attorneys' fees is not yet ripe. The parties also request the Court strike the declarations filed in support of the Plaintiffs' motion without prejudice.

Fed. R. Civ. P. 15(a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the [C]ourt's leave. The [C]ourt

should freely give leave when justice so requires." In the Ninth Circuit, requests for leave should be granted with extreme liberality." *Moss v. U.S. Secret Serv.*, 572 F. 3d 962, 972 (9th Cir. 2009) (quotation omitted). This includes requests following scheduling order deadlines, absent bad faith, undue delay, futility, prejudice to the opposing party, or a repeated failure to cure deficiencies. *See Moore v. Kayport Package Express*, 885 F.2d 531, 538 (9th Cir. 1989).

The Court finds grounds for granting the motion and allowing the proposed amended brief to become the operative brief in the above-captioned matter **upon filing by Plaintiff**.

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulated Motion to Permit Plaintiffs to File Amended Opening Brief, Strike Supporting Declarations, and Defer Briefing on Plaintiffs' Entitlement to Attorney Fees, ECF No. 28, is **GRANTED.**

2. The Declarations filed in support of Plaintiff's Opening Motion, ECF Nos. 25, 26, and 27, are **STRICKEN** with leave to renew.

3. Plaintiffs shall file their First Amended Opening Brief as a separate filing within 14 days of this Order.

4. Within 14 days from the filing of the Amended Brief, Defendant shall file either an answer to the Amended Brief, or a Motion to Dismiss.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and set case management deadlines accordingly.

**DATED** this 15th day of October 2026.

Stan Bastian
Chief United States District Judge