CHIEF JUDGE STANLEY A. BASTIAN

SYDNEY ARIZONA BAY, WSBA NO. 56908
LARA HRUSKA, WSBA No. 46531
RYAN P. FORD, WSBA No. 50628
CEDAR LAW LLP
600 1st Ave., Ste. 330, PMB 96563
Seattle, WA 98104-2205
T: (206) 607-8277
F: (206) 237-9101
E: sydney@cedarlawllp.com
E: lara@cedarlawllp.com
E: ryan@cedarlawllp.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| L.F. A MINOR, BY AND THROUGH HIS PARENTS, M.F. and E.F.,<br><br>Plaintiffs,<br><br>v.<br><br>WENATCHEE SCHOOL DISTRICT d/b/a WENATCHEE PUBLIC SCHOOLS,<br><br>Defendant. | No. 2:25-cv-00490-SAB<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE** |

Plaintiffs/Parents move this Court to amend the briefing schedule pursuant to Federal Rule of Civil Procedure (FRCP) 16. This motion is unopposed.

## I. Relief Requested

Parents move this Court to amend the briefing schedule to be consistent with the timelines in the Court's Order Granting Motion to Extend Briefing Schedule. ECF No. 18; *See also* ECF Nos. 13, 14. Parents request the following amended briefing schedule:

- Plaintiffs shall file any **Reply and Response to the Cross-Motion on or before November, 30, 2026**, not to exceed 20 pages;
- The District shall file its **Reply to the Cross-Motion on or before December 30, 202**6, not to exceed 20 pages.

## II. Evidence Relied Upon

- Docket and the record herein.

## III. Argument

Under FRCP 16, a schedule may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(a)(4). Here, good cause exists. The Court's order granting leave to amend (ECF No. 29) extended the District's response to Plaintiffs' opening brief by seven days, from October 23, 2026 to October 30, 2026. *Compare* ECF No. 29 at 2 (¶4) *with* ECF No. 18. Thus, Plaintiffs are seeking the full 30 days to file their response and reply to the District's response and cross-motion, and for the District to have 30 days to file its reply to the cross-motion. Additionally, this motion is unopposed and there is no prejudice against the District if the Court grants the motion.



CEDAR LAW LLP
600 1st Ave. St. 330, PMB 96563
Seattle, WA 98104
TELEPHONE: (206) 607-8277
FACSIMILE: (206) 237-9101
SYDNEY@CEDARLAWLLP.COM

This motion does not seek to modify the page length or any other portion of the scheduling order.

## IV. Conclusion

Thus, this Court should grant Plaintiffs' unopposed motion to extend the briefing schedule as follows:

| Brief | Modified Deadline | **Proposed** Deadline |
|---|---|---|
| Plaintiffs' Reply and Response to the Cross-Motion | November 23, 2026 | November 30, 2026 |
| District's Reply to its Cross-Motion | December 23, 2026 | December 30, 2026 |

DATED this 27th day of October, 2026.

CEDAR LAW LLP

By: /s/ Sydney Arizona Bay
Lara Hruska, WSBA #46531
Ryan P. Ford, WSBA No. 50628
Sydney Bay, WSBA #56908
*Attorneys for Plaintiffs*



CEDAR LAW LLP
600 1st Ave. St. 330, PMB 96563
Seattle, WA 98104
TELEPHONE: (206) 607-8277
FACSIMILE: (206) 237-9101
SYDNEY@CEDARLAWLLP.COM

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all Parties who are registered with the CM/ECF.

DATED this 27th day of October, 2026.

Amy Schley



CEDAR LAW LLP
600 1st Ave. St. 330, PMB 96563
Seattle, WA 98104
TELEPHONE: (206) 607-8277
FACSIMILE: (206) 237-9101
SYDNEY@CEDARLAWLLP.COM