JUDGE STAN BASTIAN

SYDNEY BAY, WSBA No. 46531
CEDAR LAW LLP
600 1st Ave., Ste. 330, PMB 96563
Seattle, WA 98104-2205
T: (206) 607-8277
F: (206) 237-9101
E: lara@cedarlawllp.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| L.F. A MINOR, BY AND THROUGH HIS PARENTS, M.F. and E.F.,<br><br>Plaintiffs,<br>v.<br><br>WENATCHEE SCHOOL DISTRICT d/b/a WENATCHEE PUBLIC SCHOOLS,<br><br>Defendant. | Case No.: No. 2:25-CV-00490-SAB<br><br>**NOTICE OF UNAVAILABILY OF ATTORNEY LARA HRUSKA** |

TO: THE CLERK OF THE COURT

AND TO: ALL COUNSEL

PLEASE TAKE NOTICE that the attorney of record, Lara Hruska of Cedar Law PLLC, will be absent and unavailable from November 23, 2026-November



CEDAR LAW LLP
600 1st Ave., Ste 330, PMB 96563
Seattle, WA, 98104
Tel (206) 607-8277
Fax (206) 237-9101
sydney@cedarlawllp.com

27, 2026; November 30, 2026-December 11, 2026; December 21, 2026-January 1, 2027 and will not be available for service of documents, response to service of documents, or participation in any matters scheduled on said days, and requests that no matters be scheduled requiring a direct response in person or by pleading.

DATED this 9th day of November, 2026.

**CEDAR LAW LLP**

Lara Hruska, WSBA No. 46531
600 1st Ave., Ste 330, PMB 96563
Seattle, WA 98104
Tel: (206) 607-8277
Email: lara@cedarlawllp.com
*Attorney for Plaintiff*



CEDAR LAW LLP
600 1st Ave., Ste 330, PMB 96563
Seattle, WA, 98104
Tel (206) 607-8277
Fax (206) 237-9101
sydney@cedarlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all Parties who are registered with the CM/ECF.

Dated this 9th day of November 2026.

Sara E. Dickson, Paralegal



CEDAR LAW LLP
600 1st Ave., Ste 330, PMB 96563
Seattle, WA, 98104
Tel (206) 607-8277
Fax (206) 237-9101
sydney@cedarlawllp.com